**LANZONE MORGAN, LLP**
**Ayman R. Mourad, SBN 304161**
**arm@lanzonemorgan.com**
**5001 Airport Plaza Drive, Suite 210**
**Long Beach, California 90815**
**Telephone: 562-596-1700**
**Facsimile: 562-596-0011**

Attorneys for Plaintiffs, Julie Thayer and L.V.

# UNITED STATES DISTRICT COURT,

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE THAYER, an individual; and L.V., a minor, by and through her Guardian, <br><br>       Plaintiffs, <br><br>    vs. <br><br> COUNTY OF AMADOR; AMADOR COUNTY DEPARTMENT OF SOCIAL SERVICES; CITY OF IONE; IONE POLICE DEPARTMENT; SHANNON DIENER, Individually; SHANNON SUTTON, Individually; SERGEANT ARNOLD, Individually; and DOES 1 through 100; <br><br>       Defendants. | Case No.: 2:18-cv-00543-MCE-KJN <br> Complaint Filed: March 13, 2018 <br> Assigned to Courtroom: 25 <br> District Judge Morrison C. England, Jr. <br> Assigned to Courtroom: 7 <br> Magistrate Judge Kendall J. Newman <br><br><br> **JOINT STIPULATION FOR DISMISSAL; ORDER** |

    The parties to this action, acting through counsel hereby stipulate to the Dismissal of this action without prejudice against the COUNTY OF AMADOR; AMADOR COUNTY DEPARTMENT OF SOCIAL SERVICES; CITY OF IONE; IONE POLICE DEPARTMENT; SHANNON DIENER; SHANNON SUTTON; and SERGEANT ARNOLD, including all claims stated herein, with each party to bear its own attorney's fees and costs.

1

Plaintiff, Julie Thayer, has authorized Lanzone Morgan to dismiss this matter without prejudice on behalf of herself and L.V., a minor.

Dated: April 4, 2019     Respectfully submitted,

LANZONE MORGAN, LLP


By: /s/ *Ayman R. Mourad*
   Ayman R. Mourad, Esq.
   Attorneys for Plaintiffs



Dated: April 4, 2019     ANGELO, KILDAY & KILDUFF, LLP


By: /s/ *John A. Whitesides*
   John A. Whitesides, Esq.
   Attorneys for Defendants
   COUNTY OF AMADOR, AMADOR
   COUNTY DEPARTMENT OF SOCIAL
   SERVICES; SHANNON DIENER and
   SHANNON SUTTON


Dated: April 4, 2019     LAW OFFICES OF JUSTIN TIERNEY


By: /s/ *Justin N. Tierney*
   Justin N. Tierney, Esq.
   Attorneys for Defendants
   CITY OF IONE; IONE POLICE
   DEPARTMENT; SERGEANT JEFFREY
   J. ARNOLD

**JOINT STIPULATION FOR DISMISSAL; ORDER**

**ORDER**

Pursuant to the Parties' Stipulation (ECF No. 34), this case is hereby DISMISSED without prejudice, each party to bear its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION FOR DISMISSAL; ORDER**